In the Matter of the Petition of Lilie Horowitz for a Dissolution of the Lubright Service Stations, Inc. Lilie Horowitz, Respondent; Rose Gershman, Appellant; Julius Kreisman, Purchaser, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of Paragon Land Corp., Morris Walzer, Louis Weinstock and Harold J. Weinstock for a Prohibition Order against Honorable George E. Brower, a Justice of the Supreme Court of the State of New York.— Motion for a prohibition order denied in the exercise of discretion, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.